**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 05, 2024

Ms. Sandy Opacich
Northern District of Ohio at Cleveland
801 W. Superior Avenue
Suite 100 Carl B. Stokes U.S. Courthouse
Cleveland, OH 44113-1830

              Re:  Case No. 22-3797, *USA v. Carlos Brown*
                    Originating Case No. 1:19-cr-00247-1

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                                   Sincerely yours,

                                                     s/Robin L Baker
                                                     Case Manager
                                                     Direct Dial No. 513-564-7014

cc:  Carlos Dashawn Brown
      Mr. Edward Brydle
      Mr. Jason Manion
      Mr. Kevin Michael Schad

Enclosure

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 22-3797

_____

Filed: June 05, 2024

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CARLOS DASHAWN BROWN

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 04/30/2024 the mandate for this case hereby issues today.

COSTS: None